**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

NORMAN HOEWISCHER,

    Plaintiff,

vs.                                                    Case No. 3:11-cv-264-J-34MCR

BEHZAD KHAZRAEE,

    Defendant.

_____

**ORDER**

**THIS CAUSE** is before the Court on Magistrate Judge Monte C. Richardson's Report and Recommendation (Dkt. No. 41; Report), entered on December 6, 2012. In the Report, Magistrate Judge Richardson recommends that Plaintiff's Application for Attorney Fees, Costs, and Litigation Expenses (Dkt. No. 41; Motion) be granted, in part, and denied, in part, and that Plaintiff be awarded $5,460.00 in attorneys' fees and $2,057.82 in costs. See Report at 7. No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United

States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 41) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Application for Attorney Fees, Costs, and Litigation Expenses (Dkt. No. 38) is **GRANTED, in part, and DENIED, in part**.

3. The Motion is **GRANTED** to the extent that Plaintiff is awarded attorneys' fees in the amount of $5,460.00, and costs in the amount of $2,057.82, for a total award of $7,517.82.

4. Otherwise, the Motion is **DENIED**.

5. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff Norman Hoewischer, and against Defendant Behzad Khazraee, for attorneys' fees in the amount of $5,460.00, and costs in the amount of $2,057.82.

**DONE AND ORDERED** in Jacksonville, Florida, this 3rd day of January, 2013.

_____
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

The Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of Record